UNITED STATES of America,
Plaintiff–Appellee,

v.

Louise Han PEREZ; Joseph E.
Perez; and John Velasco Cruz,
Defendants–Appellants.

Nos. 94–10313, 94–10314 and 94–10400.
D.C. No. CR–94–00036–JSU.

United States Court of Appeals,
Ninth Circuit.

March 11, 1996.

### ORDER

HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.